1 | ANDRÉ BIROTTE JR.
United States Attorney
2 | SANDRA R. BROWN
Assistant United States Attorney
3 | Chief, Tax Division
TAMAR KOUYOUMJIAN (CA SBN 254148)
4 | Assistant United States Attorney
  Room 7211, Federal Building
5 |   300 North Los Angeles Street
  Los Angeles, California  90012
6 |   Telephone:  (213) 894-7388
  Facsimile:  (213) 894-0115
7 |   Email: tamar.kouyoumjian@usdoj.gov

8 | Attorneys for United States of America

9

10 |            UNITED STATES DISTRICT COURT

          CENTRAL DISTRICT OF CALIFORNIA
11

             WESTERN DIVISION
12

13

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  Case No. CV12-3268 PA (FFMx) |
| | ) |
| Petitioner, | )  <u>ORDER TO SHOW CAUSE</u> |
| | ) |
| vs. | )  NOTE: CHANGES MADE BY THE COURT |
| | ) |
| JOE SANCHEZ GARCIA, | ) |
| | ) |
| Respondent. | ) |
| _____ | ) |

14
15
16
17
18
19

20 |     Upon the Petition and supporting Memorandum of Points and
Authorities, and the supporting Declaration to the Petition, the
21 | Court finds that Petitioner has established its *prima facie* case
for judicial enforcement of the subject Internal Revenue Service
22 | ("IRS" and "Service") summons. *See* <u>United States v. Powell</u>, 379
23 | U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); *see also*
<u>Crystal v. United States</u>, 172 F.3d 1141, 1143-1144 (9th Cir.
24 | 1999); <u>United States v. Jose</u>, 131 F.3d 1325, 1327 (9th Cir.
25 | 1997); <u>Fortney v. United States</u>, 59 F.3d 117, 119-120 (9th Cir.
26
27
28

1    1995) (the Government's *prima facie* case is typically made

2    through the sworn declaration of the IRS agent who issued the

3    summons); *accord*, <u>United States v. Gilleran</u>, 992 F.2d 232, 233

4    (9th cir. 1993).

5        **THEREFORE**, **IT IS ORDERED** that Respondent appear before this

6    District Court of the United States for the Central District of

7    California in Courtroom No. 15,

8    _X__    United States Courthouse
              312 North Spring Street,
9             Los Angeles, California 90012

10

11   ____    Roybal Federal Building and United States Courthouse
              255 E. Temple Street,
12            Los Angeles, California 90012

13

14   ____    Ronald Reagan Federal Building and United States Courthouse
              411 West Fourth Street,
15            Santa Ana, California 92701

16

17   ____    Brown Federal Building and United States Courthouse
              3470 Twelfth Street, Riverside, California 92501
18

19   on **June 11, 2012 at 1:30 p.m.**

20   and show cause why the testimony and production of books, papers,

21   records and other data demanded in the subject Internal Revenue

22   Service summons should not be compelled.

23       **IT IS FURTHER ORDERED** that copies of this Order, the

24   Petition, Memorandum of Points and Authorities, and accompanying

25   Declaration be served promptly upon Respondent by any employee of

26   the Internal Revenue Service or by the United States Attorney's

27   Office, by personal delivery, or by leaving copies of each of the

28   foregoing documents at the Respondent's dwelling or usual place

of abode with someone of suitable age and discretion who resides there, or by certified mail.

    **IT IS FURTHER ORDERED** that on or before May 14, 2012, Respondent shall file and serve a written response, supported by appropriate sworn statements, as well as any desired motions. If, prior to the return date of this Order, Respondent files a response with the Court stating that Respondent does not desire to oppose the relief sought in the Petition, nor wish to make an appearance, then the appearance of Respondent at any hearing pursuant to this Order to Show Cause is excused, and Respondent shall be deemed to have complied with the requirements of this Order.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

    **IT IS FURTHER ORDERED** that all motions and issues raised by

the pleadings will be considered on the return date of this
Order.   Only those issues raised by motion or brought into
controversy by the responsive pleadings and supported by sworn
statements filed within ten (10) days after service of the herein
described documents will be considered by the Court.   All
allegations in the Petition not contested by such responsive
pleadings or by sworn statements will be deemed admitted.


DATED: April 26, 2012            _____
                                      United States District Judge

Presented By:

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division



_____
TAMAR KOUYOUMJIAN
Assistant United States Attorney
Attorneys for United States of America
Petitioner

4